IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSALINA ABAD and RUBY ANN CHETCUTI,   No. C 11-0069 CW

    Plaintiffs,   ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

  v.

WACHOVIA MORTGAGE,

    Defendant.
_____/

    On April 19, 2011, a case management conference in this action was held. No appearance was made by or on behalf of Plaintiffs Rosalina Abad and Ruby Ann Chetcuti. As a result, at the case management conference, the Court dismissed this case for failure to prosecute.

    The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: 5/23/2011

CLAUDIA WILKEN
United States District Judge